THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Elvin Wayne Berry, Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-558
Submitted November 1, 2004  Filed November 5, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Elvin Wayne Berry was convicted of first degree burglary.  He pled guilty to possession of a Schedule II controlled substance (methadone), two counts of distribution of a Schedule II controlled substance (oxycontin), distribution of cocaine, possession with intent to distribute crank, simple possession of marijuana, and criminal conspiracy.  He was sentenced to fifteen years imprisonment for first degree burglary and concurrent sentences on all other offenses.  Berrys appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Berry filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.